NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**HAMAMATSU PHOTONICS K.K.,**
*Appellant*

**v.**

**SEMICAPS PTE LTD.,**
*Appellee*

———————————

2019-1890, 2019-1891

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2017-02110, IPR2017-02112.

———————————

## JUDGMENT

———————————

JARED WESTON NEWTON, Quinn Emanuel Urquhart & Sullivan, LLP, Washington, DC, argued for appellant. Also represented by RYAN SETH GOLDSTEIN, Los Angeles, CA; DAVID EISEMAN, IV, San Francisco, CA; KOICHIRO MINAMINO, Minamino Law Office, PLLC, Washington, DC.

CAROLYN CHANG, Marton Ribera Schumann & Chang LLP, San Francisco, CA, argued for appellee. Also represented by HECTOR JULIAN RIBERA, RYAN J. MARTON.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and SCHALL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 15, 2020         /s/ Peter R. Marksteiner
Date                  Peter R. Marksteiner
                      Clerk of Court